1914.) Actions by the Vulcan Detinning Company against Franz A. Assman and others. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 149 N. Y. Supp. 1117.

WACHT, Respondent, v. TWENTY-EIGHTH ST. & SEVENTH AVE. REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Tillie Wacht against the Twenty-Eighth Street & Seventh Avenue Realty Company and others. F. Bien, of New York City, for appellants. S. Levy, of New York City, for respondent. No opinion. Appeal dismissed, with $10 costs. Order filed.

WALKER, Respondent, v. ROSOKOFF, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. November 18, 1914.) Action by William A. Walker against Louis Rosokoff, impleaded with others. No opinion. Order of Special Term and order of Buffalo City Court reversed, with $10 costs and disbursements, and motion to set aside attachment granted. Held, that the papers were insufficient to authorize the attachment. See, also, 150 N. Y. Supp. 1117.

WALKER, Respondent, v. ROSOKOFF, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. December 4, 1914.) Action by William A. Walker against Louis Rosokoff and others. No opinion. Motion for leave to appeal (from 150 N. Y. Supp. 1117) to Court of Appeals denied, with $10 costs.

In re WALLACE. (Supreme Court, Appellate Division, First Department. December 24, 1914.) In the matter of Ernest H. Wallace. No opinion. Referred to Hon. Henry A. Gildersleeve, official referee. Settle order on notice.

WALTER FARRINGTON TILING CO., Respondent, v. HAZEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 13, 1914.) Action by the Walter Farrington Tiling Company against Frank C. Hazen and others. No opinion. Judgment affirmed by default, with costs. See, also, 150 N. Y. Supp. 1117.

WALTER FARRINGTON TILING CO., Respondent, v. HAZEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by the Walter Farrington Tiling Company against Frank C. Hazen and others. PER CURIAM. Motion to open the default granted, upon condition, first, that appellants pay to respondent $10 costs of the motion; second, that appellants, within two days, serve a copy of their brief upon respondent's attorney if they have not already done so; third, that the case be placed at the foot of the present calendar, and appellants be ready for argument when reached. See, also, 150 N. Y. Supp. 1117.

WALTHER, Appellant, v. BARBER ASPHALT CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914. Action by Carl Walther against the Barber Asphalt Company. No opinion. Judgment reversed, and new trial granted, with costs to appellant to abide event. *Held*, under the rule laid down in the case of McDonald v. Metropolitan St. Ry. Co., 167 N. Y. 66, 60 N. E. 282, the case should have been submitted to the jury.

WARREN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Mary J. Warren against the New York Central & Hudson River Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
ROBSON and MERRELL, JJ., dissent.

In re WASHINGTON AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) In the matter of Washington Avenue, from the East River to Jackson Avenue, Borough of Queens, City of New York.
PER CURIAM. Motion for reargument granted, and motion to dismiss appeal set down for Tuesday, December 8, 1914. See, also, 150 N. Y. Supp. 1117.
JENKS, P. J., took no part.

In re WASHINGTON AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) In the matter of the opening, etc., of Washington Avenue. No opinion. Motion to intervene denied, with permission to the moving party to file a brief as amicus curiæ. See, also, 150 N. Y. Supp. 1117.

In re WASHINGTON AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) In the matter of the opening, etc., of Washington Avenue. No opinion. Motion to dismiss appeal denied, without costs. See, also, 150 N. Y. Supp. 1117.

WEHNER, Respondent, v. BROOKLYN WIRE FORMING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Andrew F. Wehner against the Brooklyn Wire Forming Company.
PER CURIAM. Judgment and order affirmed, with costs.
CARR, J., not voting.

WELCH, Respondent, v. WALRATH, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 2, 1914.) Action by Michael E. Welch against Alfred Walrath. No opinion. Judgment and order affirmed, with costs.

WESTCHESTER INVESTING & CO., Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1914.)